UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTIAN GAGNON,

        Defendant.
_____/

CASE NO. 07-50199

DISTRICT JUDGE GEORGE CARAM STEEH

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING BOND PENDING APPEAL

Defendant's Motion for Bond Pending Appeal was referred to the undersigned magistrate judge for hearing and determination. The government has filed a written Response to the motion. Having considered Defendant's Motion and the Government's Response, I find that the motion should be granted.

IT IS THEREFORE ORDERED that the Defendant, Christian Gagnon, be released on bond pending his appeal of the Judgment of the magistrate judge in this action. The $5,000.00 unsecured bond ordered on February 22, 2007 shall remain in effect pending conclusion of Defendant's appeal. All standard conditions of bond and all special conditions previously imposed shall remain in effect. In addition, it shall be an additional condition of Defendant's appeal bond that he submit to drug/alcohol testing and treatment as directed by Pre-Trial Services.

All of which is ordered this 28th day of March, 2007.

                              s/Donald A. Scheer
                              DONALD A. SCHEER
                              UNITED STATES MAGISTRATE JUDGE

_____

## CERTIFICATE OF SERVICE

      I hereby certify on March 28, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on March 28, 2007.  **None.**

                                             s/Michael E. Lang
                                             Deputy Clerk to
                                             Magistrate Judge Donald A. Scheer
                                             (313) 234-5217