UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,          Case No. MI15 H2000051
                                             USM No. 41208-039
                                             Appeal Case No. 07-X-50199
vs.                                                    HON. GEORGE CARAM STEEH

CHRISTIAN GAGNON,

    Defendant/Appellant.
_____/

ORDER AFFIRMING DEFENDANT'S FEBRUARY 22, 2007
MISDEMEANOR CONVICTION FOR SIMPLE ASSAULT, 18 U.S.C. § 111(a)(1)

      For the reasons stated on the record at a September 6, 2007 hearing, Magistrate Judge Donald Scheer's February 22, 2007 decision following a bench trial finding appellant Christian Gagnon guilty of simple assault in violation of 18 U.S.C. § 111(a)(1) is hereby AFFIRMED. It is hereby ORDERED that the personal bond issued on March 28, 2007 by Magistrate Judge Scheer pending appeal to this court is hereby RESCINDED, and Gagnon's pre-trial bond in Case No. MI15 H2000051, USM No. 41208-039, is hereby REINSTATED. It is further ORDERED that Gagnon shall surrender custody when designated by the United States Bureau of Prisons.

      SO ORDERED.

Dated: September 6, 2007

                                                    s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 6, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk